EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Rafael E. Meléndez González | 2005 TSPR 178<br><br>166 DPR _____ |

Número del Caso: AB-2004-258
        Cons. AB-2005-18
             AB-2005-62


Fecha: 15 de noviembre de 2005


Oficina del Procurador General:

                    Lcda. Minnie H. Rodríguez López
                    Procuradora General Auxiliar


 Abogada del Querellado:

                    Lcda. Gloria E. Marrero Martínez




Materia: Conducta Profesional
        (La suspensión será efectiva el 28 de noviembre de
        2005 fecha en que se le notificó al abogado de
        suspensión inmediata.)




Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rafael E. Meléndez González        AB-2004-258
                                   AB-2005-18
                                   AB-2005-62

PER CURIAM

San Juan, Puerto Rico, a 15 de noviembre de 2005.

El 13 de julio de 1984 Rafael E. Meléndez González fue admitido al ejercicio de la profesión de abogado; y el 26 de febrero de 1985 admitido a ejercer como notario.

### AB-2004-258

El 8 de noviembre de 2004 se presentó una queja juramentada contra Meléndez González ante nos. Conforme al procedimiento de rigor, se le concedió un término para que contestara la queja aludida. Posteriormente, se le concedió la prórroga que solicitó para contestar la queja en cuestión.

Vencido el término de la prórroga sin que Meléndez González hubiese contestado, el 17 de junio de 2005 emitimos una Resolución mediante la cual le

dimos un tercer término para contestar la queja en su contra. Esta vez se le apercibió que su incumplimiento con esta Resolución podría conllevar severas sanciones disciplinarias, incluyendo la suspensión del ejercicio profesional. Dicha Resolución se le notificó personalmente por medio de un alguacil del Tribunal.

A la fecha de hoy, Meléndez González no ha comparecido ante nos para cumplir con la Resolución aludida, cuyo término venció hace más de cuatro meses.

AB-2005-18

En este otro caso, el 1 de octubre de 2004 otro cliente de Meléndez González presentó una queja en su contra ante el Procurador General de Puerto Rico. Se le requirió a Meléndez González en dos ocasiones distintas que contestara la queja en cuestión pero éste no lo hizo, por lo que el Procurador General acudió ante nos y presentó el informe correspondiente.

El 18 de febrero de 2005 emitimos una Resolución mediante la cual le dimos un término a Meléndez González para comparecer ante el Procurador General y responder a los requerimientos de éste. También se le instruyó a comparecer ante nos. Se le apercibió que su incumplimiento con esta Resolución podría conllevar sanciones disciplinarias severas, incluyendo la suspensión del ejercicio profesional. Dicha Resolución se le notificó personalmente por un alguacil de este Tribunal.

A la fecha de hoy, Meléndez González no ha cumplido con la Resolución aludida, cuyo término venció hace más de cuatro meses.

AB-2005-18

En este tercer caso, una tercera persona presentó una queja contra Meléndez González. Siguiendo el procedimiento de rigor, la Secretaria del Tribunal le solicitó a Meléndez González el 3 de mayo de 2005 que contestara la queja referida. El requerimiento de la Secretaria del Tribunal le fue notificado personalmente por un alguacil del Tribunal.

Meléndez González no ha comparecido a contestar, aunque el término que se le dio para ello venció hace más de dos meses.

II

Reiteradamente hemos resuelto que los abogados tienen la ineludible obligación de responder diligentemente a las órdenes de este Tribunal, como a los requerimientos del Procurador General de Puerto Rico con respecto a quejas que éste investiga. La indiferencia de un abogado al no atender nuestras órdenes como los requerimientos del Procurador General en casos disciplinarios acarrea la imposición de severas sanciones disciplinarias. In re Arroyo Rivera, res. el 1 de abril de 2004, 161 D.P.R. ___ (2004), 2004 TSPR 61, 2004 JTS 61; In re Torres Torregrosa, res. el 13 de enero de 2004, 161 D.P.R. ___ (2004), 2004 TSPR 9, 2004 JTS 13; In re

Fernández Pacheco, res. el 21 de diciembre de 2000, 152 D.P.R 531 (2000), 2000 TSPR 184, 2000 JTS 195; In re Corujo Collazo, res. el 23 de diciembre de 1999, 149 D.P.R. 857 (2000), 1999 TSPR 191, 2000 JTS 8; In re Ron Menéndez, 149 D.P.R. 105, 107 (1999); In re Rivera Rodríguez, 147 D.P.R. 917, 923 (1999).

En el caso ante nos, el licenciado Rafael E. Meléndez González reiteradamente ha hecho caso omiso a órdenes nuestras al incumplir con nuestras Resoluciones de 18 de febrero y 17 de junio de 2005; y al ignorar los dos requerimientos del Procurador General, y el de la Secretaria del Tribunal referidos antes. Así mismo se ha mostrado indiferente ante nuestros dos apercibimientos de imponerle sanciones disciplinarias. Evidentemente no le interesa continuar ejerciendo la profesión.

En vista de lo anterior, se le suspende inmediata e indefinidamente del ejercicio de la abogacía y la notaría.

Se le impone a Rafael E. Meléndez González el deber de notificar a todos sus clientes de su inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta opinión Per Curiam y sentencia.

AB-2004-258
AB-2005-18
AB-2005-62

5

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rafael E. Meléndez González        AB-2004-258
                                   AB-2005-18
                                   AB-2005-62

SENTENCIA

San Juan, Puerto Rico, a 15 de noviembre de 2005.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente Sentencia, se le suspende inmediata e indefinidamente del ejercicio de la abogacía y la notaría.

Se le impone a Rafael E. Meléndez González el deber de notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta opinión Per Curiam y sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Rebollo López no intervino.


Dimarie Alicea Lozada
Secretaria del Tribunal Supremo Interina